UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KELVIN HARDIN, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:15-cv-512-PLR-HBG |
| FINKELSTEIN, KERN, STEINBERG & CUNNINGHAM, P.C., | ) |
| *Defendant*. | ) |

## Memorandum Opinion and Order

Before the Court is a motion to dismiss [D. 4] filed by Defendant Finkelstein, Kern, Steinberg & Cunningham, P.C. This motion seeks to dismiss a complaint that has since been amended. Accordingly, the motion to dismiss is **DENIED as moot**.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**